**Sol Rubin, appellant, v. Samuel Midlinsky et al., appellees. Gen. No. 29,473.**

Bill to have complainant decreed the real and equitable owner of certain real estate and to have legal title conveyed to him. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. Rehearing denied April 27, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Granville W. Browning and Clark & Clark, for appellant. Epstein & Feiwell, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Francis X. Busch et al., appellees, v. Joseph Paclik et al., appellants. Gen. No. 29,487.**

Bill in equity. . Petition to suppress certain evidence and quash a search warrant. Decree for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed on failure of abstract to preserve questions for review. Opinion filed April 13, 1925.

Kostner & Herr, for appellants; Simon Herr, of counsel. Francis X. Busch, Corporation Counsel, for appellees; Daniel V. Gallery, Assistant Corporation Counsel, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**J. C. Williams, appellant, v. Frank F. Ferreria, appellee. Gen. No. 29,509.**

Motion to set aside judgment by confession on promissory note. Motion granted. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 13, 1925.

James H. Turner, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Leonard Olund, trading as The Brandon Potato Company, appellee, v. Joe Levin, trading as West End Produce Company, appellant. Gen. No. 29,518.**

Suit to recover balance due on shipments of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Samuel Wodika, for appellant; E. C. Mapledoram, of counsel. Stewart Reed Brown, for appellee.

Mr. Justice Matchett delivered the opinion of the court.